IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| EMVERA TECHNOLOGIES, LLC, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> V. ) <br> ) <br> JOHN KEITH REDDEN, ) <br> EMERGI-PRO, LLC, and ) <br> JOHN DOE, ) <br> ) <br> DEFENDANTS. ) | CIVIL ACTION NO.: <br> 4:18-CV-78-HLM |

## MUTUAL MOTION TO DISMISS WITH PREJUDICE

COME NOW the above-named parties, jointly, after mediation in the above-styled matter and upon reaching mutual settlement, the parties hereto move this Court to dismiss all claims and counter-claims asserted in this matter with prejudice.

Respectfully submitted this 4th day of February, 2019.

SALTER & TOOMEY, LLC
ATTORNEYS FOR PLAINTIFF

_S/ W. Jeremy Salter_____
W. JEREMY SALTER
GA. BAR NO.: 303979

PO Box 609
Rome, GA 30162
Tel:   706-295-1300
Fax:  706-295-0238

GAMMON ANDERSON & MCFALL
ATTORNEYS FOR DEFENDANTS

_S/ W. Wright Gammon, Jr._____
W. WRIGHT GAMMON, JR.
GA. BAR NO.: 283612

PO Box 292
Cedartown, GA 30125
Tel:   770-748-2815
Fax:  770-749-1811

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| EMVERA TECHNOLOGIES, LLC, | ) | CIVIL ACTION NO.: |
| | ) | 4:18-CV-78-HLM |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN KEITH REDDEN, | ) | |
| EMERGI-PRO, LLC, and | ) | |
| JOHN DOE, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This Court having read and considered the mutual motion to dismiss the above-stated proceedings with prejudice for the specific reason of a mutual settlement having been reached and completed

IT IS HEREBY ORDERED all claims and counter-claim asserted in the above-styled action are hereby DISMISSED WITH PREJUDICE.

SO ORDERED this ___ day of _____, 20___.

_____
Honorable Harold L. Murphy
District Court Judge
Northern District of Georgia
Rome Division

Order Present and Prepared By

SALTER & TOOMEY, LLC
ATTORNEYS FOR PLAINTIFF

__S/ W. Jeremy Salter_____
W. JEREMY SALTER
GA. BAR NO.: 303979
PO Box 609
Rome, GA 30162
Tel:   706-295-1300
Fax:  706-295-0238

Order Consented to By

GAMMON ANDERSON & MCFALL
ATTORNEYS FOR DEFENDANTS

__S/ W. Wright Gammon, Jr._____
W. WRIGHT GAMMON, JR.
GA. BAR NO.: 283612
PO Box 292
Cedartown, GA 30125
Tel:   770-748-2815
Fax:  770-749-1811