IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

EMVERA TECHNOLOGIES, LLC,

    Plaintiff,

v.

JOHN KEITH REDDEN, et al.,

    Defendants.

CIVIL ACTION FILE NO.
4:18-CV-0078-HLM

## ORDER

This case is before the Court on Plaintiff's Motion for Summary Judgment [35] and on the Parties' Consent Motion to Dismiss with Prejudice [38].

The Parties have reached a mutual settlement in this action, and they have requested that the Court dismiss this case with prejudice. (Consent Mot. Dismiss Prejudice (Docket Entry No. 38).) The Court grants the Consent Motion to Dismiss with Prejudice.

ACCORDINGLY, the Court **GRANTS** the Consent Motion to Dismiss with Prejudice [38], and **DISMISSES WITH PREJUDICE** all claims and counterclaims asserted in this action. The Court

**DENIES AS MOOT** Plaintiff's Motion for Summary Judgment [35].

Finally, the Court **DIRECTS** the Clerk to **CLOSE** this case.

IT IS SO ORDERED, this the 8 day of February, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE